DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

SMITH, JODI LYNN

Case No. 08-05025-PCW13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $10.25, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| SMITH, JODI LYNN | PO BOX 786<br>MEDICAL LAKE, WA<br>99022 | $10.25 |

Dated: August 26, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874930        8/31/10        #10.25

08-05025-PCW13    Doc 41    Filed 08/31/10    Entered 08/31/10 15:01:10    Pg 1 of 1